IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TANYA E. WELLS                                                                                              PLAINTIFF

v.                                                Case No. 1:14-CV-01007

CAROLYN W. COLVIN Commissioner,
Social Security Administration                                                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed November 25, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant recommends the finding that the decision of the Administrative Law Judge, denying benefits to Plaintiff, is supported by substantial evidence in the record and should be affirmed.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, the decision of the Administrative Law Judge, denying benefits to the Plaintiff, should be AFFIRMED, and Plaintiff's case should be and hereby is DISMISSED.

**IT IS SO ORDERED**, this 17th day of December, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge